AMALGAMATED BANK, Respondent, v HELMSLEY-SPEAR, INC., Defendant, and SCHNEIDER & SCHNEIDER, INC., et al., Intervenors-Appellants.

Submitted June 9, 2014; decided October 16, 2014

Motion to vacate this Court's May 29, 2014 dismissal order granted [*see* 23 NY3d 959 (2014)].

KELLY ASHMORE, Respondent, v BENJAMIN ASHMORE, Appellant.

Decided October 16, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.